IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re FRANCISCO P. CASTILLO JR.,   No. C 10-04227 CW (PR)

ORDER OF DISMISSAL

_____/

This action was opened in error when the Court received exhibits from Petitioner that were intended to be filed in a previously-filed action -- Case No. C 10-4149 CW (PR).

Petitioner currently has two separate habeas actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Petitioner's exhibits (docket nos. 1, 2) from this action. The Clerk is then directed to file them in his previously-filed action, Case No. C 10-4149 CW (PR). The Clerk is further directed to mark them as filed on September 17, 2010, the date they were received by the Court. The Court will review his petition filed in Case No. C 10-4149 CW (PR) in a separate written Order.

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 10/19/2010

*Claudia Wilken* (signature)
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: FRANCISCO P CASTLLO JR,

        Plaintiff,

  v.

IN RE: FRANCISCO P CASTLLO JR et al,

        Defendant.

Case Number: CV10-04227 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco P. Castillo C-85768
Correctional Training Facility
CW329L
P.O. Box 689
Soledad, CA 93960

Dated: October 19, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk